November 8, 1973

Balchiunas, Appellant, *v.* Taziole et al.

Argued September 13, 1973. *Herman Blumenthal,* for appellant; *David J. Griffith,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.

Baroni *v.* Eagson Corporation, Appellant et al.

Argued September 19, 1973. *Howard D. Scher,* with him *Alan R. Kutner,* and *Goodis, Greenfield, Henry, Shaiman & Levin,* for appellant; *Robert B. B. Schatz,* with him *Paul N. Minkoff,* for appellee.

Order affirmed.

SPAULDING, J., absent.